USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/22/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| T.G.,<br><br>       Plaintiff,<br><br>    -against-<br><br>BOY SCOUTS OF AMERICA, INC., GREATER NEW YORK COUNCILS, BOY SCOUTS OF AMERICA, and BROOKLYN COUNCIL, BOY SCOUTS OF AMERICA,<br><br>       Defendants. | 1:20-cv-01990-MKV<br><br>ORDER |

**MARY KAY VYSKOCIL, United States District Judge:**

On April 2, 2020, Defendant filed a Notice of Entry of Consent Order immediately staying any further proceedings in this action as against Defendant Greater New York Councils, Boy Scouts of America. [ECF No. 3]. On February 18, 2020, Defendant filed for chapter 11 bankruptcy before the United States Bankruptcy Court for the District of Delaware under case number 20-10343. [ECF No. 3].

Accordingly, IT IS HEREBY ORDERED that this matter is automatically stayed pursuant to Section 362 of the Bankruptcy Code, 11 U.S.C. § 362, by reason of the filing of the bankruptcy petition in the United States Bankruptcy Court for the District of Delaware under case number 20-10343.

**SO ORDERED.**

**Date: June 22, 2022**
**   New York, NY**

                  *Mary Kay Vyskocil*
                  MARY KAY VYSKOCIL
                  United States District Judge