USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/24/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| T.G., <br><br> Plaintiff, <br><br> -against- <br><br> BOY SCOUTS OF AMERICA, INC., GREATER NEW YORK COUNCILS, BOY SCOUTS OF AMERICA, and BROOKLYN COUNCIL, BOY SCOUTS OF AMERICA, <br><br> Defendants. | 1:20-cv-01990-MKV <br><br> **ORDER** |

MARY KAY VYSKOCIL, United States District Judge:

Defendants shall file a letter on or before October 31, 2022, and every three months thereafter, apprising the Court of the status of the bankruptcy proceedings, the effect of those proceedings on this action, and whether the termination date of the standstill period, or stay, has been extended.

**SO ORDERED.**

Date:  **October 24, 2022**
       **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**